NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PATTI DONNER RUBIN,**
*Plaintiff-Appellant,*

**v.**

**SCOTTS COMPANY LLC,**
*Defendant-Appellee.*

———————————

2014-1319

———————————

Appeal from the United States District Court for the District of Nevada in No. 2:09-cv-02419-GMN-VCF, Judge Gloria M. Navarro.

———————————

**JUDGMENT**

———————————

JOHN R. POSTHUMUS, Sheridan Ross P.C., of Denver, Colorado, argued for plaintiff-appellant.

JENNIFER L. SWIZE, Jones Day, of Washington, DC, argued for defendant-appellee. With her on the brief were WILLIAM C. ROOKLIDGE and MICHELLE STOVER, of Irvine California.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 7, 2014 | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |